# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

FILED
CHARLOTTE, NC

AUG 08 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

Vontavion BRICE

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Majors management, Kangaroo Express
Truist BANK, Circle K Inc,
SHEll

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 3:24-CV-986-FDW
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

Amended **COMPLAINT FOR A CIVIL CASE**

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Vontavion Brice
Street Address: 8604 MOOREChapel Rd.
City and County: CHARlotte NC 28214
State and Zip Code: Charlotte, NC 28214
Telephone Number:
E-mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
  Name: TRUIST
  Job or Title (if known): Bank Financial Institution
  Street Address: 419 Old LittleRock Rd
  City and County: Charlotte NC 28214
  State and Zip Code: 28214
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name: SHELL / MAJORS Management
  Job or Title (if known): Convient Store
  Street Address: 507 Old LittleRock Rd
  City and County: Charlotte NC 28214
  State and Zip Code: 28214
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name: Circle K INC
  Job or Title (if known): Convient Store
  Street Address: 507 Old LittleRock Rd
  City and County: Charlotte NC 28214
  State and Zip Code: 28214
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name: KANGAROO EXPRESS
  Job or Title (if known): Convient Store
  Street Address: 507 Old LittleRock Rd
  City and County: Charlotte NC 28214
  State and Zip Code: 28214
  Telephone Number: 305 877 4682
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 §§ 1346, 1402, 2401, 2402, 2411, 2412, 2671 et seq

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Vontavion Brice, is a citizen of the State of *(name)* North Carolina.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* Shell Gas Station, is a citizen of the State of *(name)* North Carolina. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

b. If the defendant is a corporation

The defendant, (name) __KANGAROO EXPRESS__ is incorporated under the laws of the State of (name) __NORTH CAROLINA__, and has its principal place of business in the State of (name) __NORTH CAROLINA__.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain): __17.7 million Due to my presents as a witness to 3 crimes at these locations which was very deadly shootings, and Robberies, drug deals, Also was confronted by the participants of the dangerous crimes, and heavily watched after I was interviewed by CMPD about the crimes, the crimes at these locations put me in Graves Danger, and in hiding from place to place to stay safe.__

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

__Premesis liabability negligence lacking of security in a very crime riden location, security has the duty abililty to keep the customers safe, and at both these locations continuations of violent robberies, and shootings, drug deals has been reported in the located buisnesses, the buisnesses has a duty to keep the building safe for customers to do money transacted buisness, and the companies above have failed the community and myself as a long time customer, safety and security. Security liability negligence. I was a victim, and witness of 3 separate occasions at these locations.__

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. __I'm asking for damages for my emotional distress, my anxiety for having to change the way me and my inner circle of family lives our lives, due to being a witness and victim of 3 very dangerous crimes thats on record. 9/09/2024 the victim of a Robery told me he was going to shoot the place up and I begged him not to. On 3/27/2024 A armed Robbery at the Bank and store resulted in the victim of a Robbery from the ATM A robist had a Shoot out with officers and tried to ask me to help him hide a gun. I was very scared and put in Grave Danger.__

Case 3:24-cv-00986-FDW Document 30 Filed 08/08/25 Page 4 of 5

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-8-2025

Signature of Plaintiff

Printed Name of Plaintiff: VONTAVION BRICE

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address